Clear Form

FILED

AUG 03 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robin Coser et al
            Plaintiff,

vs.

City of Santa Rosa
      et al   Defendant.

CASE NO. C22-04488 SI

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Adan Alvarez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ~~~~~ $1100 $1400       Net: ~~~~~ $970 $1280

Employer: Junk Kings

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7         a.    Business, Profession or                Yes ____ No ✓

8               self employment?

9         b.    Income from stocks, bonds,             Yes ____ No ✓

10              or royalties?

11        c.    Rent payments?                         Yes ____ No ✓

12        d.    Pensions, annuities, or                Yes ____ No ✓

13              life insurance payments?

14        e.    Federal or State welfare payments,     Yes ____ No ✓

15              Social Security or other govern-

16              ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                              Yes ____ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27       b.    List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  Adan Alvarez Jr  $205.00
3  _____
4  5.     Do you own or are you buying a home?          Yes ____   No ✓
5  Estimated Market Value: $_____   Amount of Mortgage: $_____
6  6.     Do you own an automobile?                     Yes ✓   No ____
7  Make GMC          Year 2013     Model Sierra
8  Is it financed? Yes ____  No ✓   If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.     Do you have a bank account?  Yes ✓   No ____ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Bank of America
12 1155 W Steele Ln, Santa Rosa, CA 95403
13 Present balance(s): $ 7.00
14 Do you own any cash? Yes ____  No ✓  Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                       Yes ____   No ____
17 _____
18 8.     What are your monthly expenses?
19 Rent: $ _____                     Utilities: 100.00
20 Food: $ 350.00                           Clothing: 100.00
21 Charge Accounts:
22 Name of Account           Monthly Payment            Total Owed on This Account
23 _____        $ _____          $ _____
24 _____        $ _____          $ _____
25 _____        $ _____          $ _____
26 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/2/22                                                    [signature]
DATE                                                    SIGNATURE OF APPLICANT