UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN COSER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA ROSA, et al., <br><br> Defendants. | Case No. 22-cv-04488-SI <br><br> **SCHEDULING ORDER** |

Before the Court is plaintiffs' motion for a temporary restraining order and preliminary injunction to prevent defendants from removing plaintiffs and plaintiffs' motorhomes and RVs from their encampment. Defendants have represented to the Court that no removal or enforcement actions will take place before a hearing on the temporary restraining order can be held next week.

A hearing is hereby scheduled for August 11, 2022 at 11:00 a.m. Defendants' opposition is due August 9, 2022 at 2:00 p.m. Plaintiffs' reply is due August 10, 2022 at 5:00 p.m.

**IT IS SO ORDERED**.

Dated: August 4, 2022

SUSAN ILLSTON
United States District Judge