UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN COSER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04488-SI<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC FILING**<br><br>Re: Dkt. No. 13 |

　　The Court has considered plaintiffs' motion for access to PACER and Electronic Case Filing (ECF). The parties are advised that under General Order No. 78, the requirement that pro se parties must request permission to use ECF is suspended until further notice. In the event the requirement is renewed, plaintiffs' request for permission to access ECF is GRANTED.

　　E-filing instructions for pro se litigants can be found at the following URL: https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filing-self-registration-instructions-for-pro-se-litigants/.

　　**IT IS SO ORDERED**.

Dated: August 4, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge