# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 11, 2022 | **Time:** 11:16 - 11:47 = 31 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 22-cv-04488-SI | **Case Name:** Coser v. City of Santa Rosa | |

**Pro Se Plaintiffs:** Robin Coser, Forrest Jowers, Adan Alvarez, John Graham, non-party Michael Deegan, attorney specially appearing Justin Milligan

**Attorney for Defendant:** Sue Gallagher

**Deputy Clerk:** Bhavna Sharma          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Motion for TRO (Dkt. 2) – held via Zoom Webinar.

## SUMMARY

The Court recognizes that Mr. Milligan is not a listed attorney of record in this matter but will allow him to specially appear for Mr. Deegan today.

The pro se plaintiffs indicate they have retained counsel, Colleen O'Neal, to represent them. Mr. Milligan states that once he receives approval, he intends to represent Mr. Deegan. The Court orders all lawyers who are making an appearance in this matter to file a notice of appearance on the docket, so they appear formally on the record.   The parties agree to engage in settlement conferences with a magistrate.  The City represents that it will not sweep the named plaintiffs or Mr. Deegan until further order from the Court.

The Court in in the process of selecting a magistrate judge to work with counsel and parties on settlement discussions.

Court to issue order on motion for TRO.