UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN COSER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04488-SI<br><br>**ORDER REFERRING CASE FOR SETTLEMENT**<br><br>Re: Dkt. Nos. 2, 4 |

On August 11, 2022, the parties appeared before the Court for a hearing on plaintiffs' motion for a temporary restraining order. Also present was Michael Deegan, a resident of the encampment who is not named as a plaintiff in the case but who plans to join as a plaintiff. At the hearing, the parties agreed to engage in settlement negotiations before a magistrate judge.

Defendants agreed not to sweep plaintiffs or Mr. Deegan from the encampment pending settlement negotiations.

The parties are hereby referred to Magistrate Judge Thomas Hixson for settlement negotiations.

**IT IS SO ORDERED**.

Dated: August 12, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge